Order entered November 20 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01278-CR

## MIGUEL ALBERTO GUTIERREZ, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 27,326**

## ORDER

The Court **GRANTS** appellant's November 16, 2012 motion to withdraw and to substitute counsel. We **DIRECT** the Clerk to substitute Roberto R. Alonzo as appellant's attorney of record in place of Cynthia L. Braddy.

_____
DAVID L. BRIDGES
JUSTICE